# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**In re Asbestos Products Liability Litigation (NO. VI)**

**MDL 875**

**JEANETTE MORRIS, individually and as Personal Representative on behalf of the Estate of Michael Morris,**

    Plaintiff,

    -vs-                              Case No. 94-C-216

**CBS CORPORATION,**

    Defendant.

## DECISION AND ORDER

On August 2, CBS Corporation filed a motion to reconsider the Court's recent Decision and Order regarding pre-trial proceedings and dispositive motion practice. The basis for this motion is a recent decision by the MDL-875 presiding judge directing counsel to show cause why new scheduling orders and briefing schedules should not be entered in the "CVLO-3 Group," of which this case was included prior to remand. This order has no bearing on pre-trial proceedings in the instant case because the order was entered after this case was remanded in a trial-ready posture.

CBS's motion for reconsideration [ECF No. 102] is **DENIED**. On **September 10, 2013** at **11:30 a.m.** (**CST**), the Court will initiate a telephonic conference call to schedule this matter for trial.

Dated at Milwaukee, Wisconsin, this 20th day of August, 2013.

                                    **BY THE COURT:**

                                    _____
                                    **HON. RUDOLPH T. RANDA**
                                    **U.S. District Judge**