UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No.   MDL 875 |
| MORRIS   v. ANCHOR PACKING CO, et al. | E.D. WI No.   94-CV-0216 |
| | Hon. Rudolph T. Randa |

### ORDER

This matter coming to be heard on Plaintiff's Motion to Appoint Special Administrator, IT IS HEREBY ORDERED that plaintiff's motion is GRANTED and Margaret L. Wondrash is appointed Special Administrator on Behalf of the Estate of Michael P. Morris.

IT IS SO ORDERED.

Date: February 11, 2014

_____
Rudolph T. Randa, J.

1